# UNITED STATES PROBATION OFFICE
# EASTERN DISTRICT OF NORTH CAROLINA

Van R. Freeman, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Fax: 919-861-5555

**DATE:** May 31, 2024

**FROM:** Timothy L. Gupton
Senior U.S. Probation Officer

**SUBJECT:** GRIFFIN, Angela
Case No.: 5:19-CR-346-3BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
United States District Judge

On October 22, 2021, Angela Griffin was convicted of Bank Fraud and Aiding and Abetting. Ms. Griffin appeared in United States District Court for the Eastern District of North Carolina and received 12 months imprisonment, followed by 5 years of supervised release. She began supervision on January 10, 2023.

Mr. Griffin has performed satisfactorily on supervision. She has submitted to DNA testing, has had no new criminal charges. Her case was evaluated as a low-risk supervision case, and she has been on our low-risk supervision program as of March 2023. All drug screens have been negative. Ms. Griffin is also gainfully employed and has satisfied all of her monetary obligations. Her term of supervision is set to expire on January 9, 2028.

The probation office is requesting early termination. The U.S. Attorney's Office disagrees with our recommendation for early termination noting the defendant has served less than a year and a half of the term of supervised release and "ongoing supervision is necessary to ensure that she and other family members do not return to the fraudulent lifestyle that they carried on before they were caught." Please indicate the court's preference by marking the appropriate selection below.

☒ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____
Terrence W. Boyle
United States District Judge

_May 31, 2024_
Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                                                    Crim. No. 5:19-CR-346-3BO

**ANGELA GRIFFIN**

On January 10, 2023, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Timothy L. Gupton
Timothy L. Gupton
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: May 31, 2024

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __31__ day of __May__, 2024.

Terrence W. Boyle
United States District Judge